UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EON SHEPHERD,

        Plaintiff,

  vs            9:04-CV-655

CAPTAIN WENDERLICH; DEPUTY WEST;
SERGEANT POST; OFFICER TWEED; N.A.
SMITH; N.P. PALMER; NURSE KIM PEORIA;
NURSE FAIRCHILD; DR. CANDIED; and
NURSE SULLIVAN,

        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:        OF COUNSEL:

EON SHEPHERD
Plaintiff, Pro Se
96-A-0356
Five Points Correctional Facility
Caller Box 119
Romulus, NY 14541

GREEN & SEIFTER, PLLC     DAFNI S. KIRITSIS, ESQ.
Attorneys for Plaintiff (Trial Counsel)
110 West Fayette Street, Suite 900
Syracuse, New York 13202

HON. ANDREW M. CUOMO     HEATHER R. RUBINSTEIN, ESQ.
Attorney General of the       Asst. Attorney General
 State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

# O R D E R

  The defendants' sur-reply (Docket No. 188) was stricken (Docket No. 190).

However, 42 U.S.C. § 1997e(d) must be considered in ruling on plaintiff's motion for attorney's fees based upon a One Dollar ($1.00) money judgment.

Therefore, plaintiff may file a letter memorandum on or before September 17, 2010, addressing that issue

IT IS SO ORDERED.

Dated: September 9, 2010
Utica, New York.

United States District Judge